AO 91 (Rev. 08/09) Criminal Complaint     **SEALED**     FILED
August 21, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Joseph Hinojos, DEPUTY

# UNITED STATES DISTRICT COURT
for the
**Western District of Texas**
Pecos Division

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Sergio MENCHACA Pizarro | ) Case No. **PE: 23-MJ-500** |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of 08/17/2023 in the county of Presidio in the WESTERN DISTRICT OF TEXAS, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 19 U.S.C. 1459 | Reporting requirements for individuals. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

WILLIAM S WERNER JR
Digitally signed by WILLIAM S WERNER JR
Date: 2023.08.18 11:50:29 -05'00'

*Complainant's signature*

Will Werner, Special Agent
*Printed name and title*

Complaint sworn to telephonically and electronically signed on this date.
FED.R.CRIM.P. 4.1(b)(2)(A)

Date: 08/21/2023

*Judge's signature*

City and state: Alpine, Texas

Honorable Judge David B. Fannin
*Printed name and title*

AFFIDAVIT

On August 17, 2023, United States Border Patrol Agents (BPAs) from Presidio Station encountered a male subject, later identified as Sergio MENCHACA Pizarro, walking westbound along FM170 near Fort Leaton, within the Western District of Texas.

The BPAs conducted an immigration inspection on MENCHACA, at which point agents learned that MENCHACA was a United States citizen that entered the United States through the Rio Grande River. MENCHACA did not enter the United States at a border crossing point designated by the Secretary of Homeland Security.

MENCHACA was taken into custody and transported to the Presidio Border Patrol Station for processing.

I make this affidavit on the basis of my personal knowledge and information furnished to me by other law enforcement officers.

WILLIAM S WERNER JR
Digitally signed by WILLIAM S WERNER JR
Date: 2023.08.18 12:07:07 -05'00'

Will Werner
HSI Special Agent